Case 1:24-cv-01427-AT   Document 13   Filed 05/29/24   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BEAUCHAMP, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

Elliott Bay Book Company, LLC,

                Defendant.

24 Civ. 1427 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On February 29, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by April 29, 2024. ECF No. 6. Those submissions are now overdue.

    Accordingly, by **June 10, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 29, 2024
       New York, New York

ANALISA TORRES
United States District Judge